

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2018

No. 04-18-00005-CV

**IN RE COOPER TIRE & RUBBER COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting: Sandee Bryan Marion, Chief Justice
          Karen Angelini, Justice
          Patricia O. Alvarez, Justice

On January 4, 2018, relator filed a petition for writ of mandamus. On January 8, 2018, this court issued an order stating a serious question concerning mandamus relief existed, and allowing the respondent and real parties in interest to file a response to the petition for writ of mandamus. The response is due in this court no later than January 29, 2018. Thereafter, on January 12, 2018, relator filed a motion for temporary relief, which we GRANT.

It is ORDERED that all discovery of "Confidential Information," "Protectible Documents," and "Confidential Material," as those Terms are defined in the trial court's December 13, 2017 Protective Order of Confidentiality is hereby STAYED pending further order of this court.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. DC-16-306, styled *Juan Jose Salazar, et al. v. Delta Tire & Wheel, et al.*, pending in the 229th Judicial District Court, Duval County, Texas, the Honorable Jose L. Garza presiding.